**Clyde F. NEWMAN, III; George W. Parr; Richard R. Wehrheim, Plaintiffs–Appellants,**

v.

**ARC ICESPORTS & ENTERTAINMENT, INCORPORATED, a Delaware Corporation, Defendant–Appellee.**

No. 00–1202.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 23, 2001.

William T. Freyvogel, Adams, Porter & Radigan, Ltd., McLean, VA, for appellants. Stanley J. Reed, J. Bradford McCullough, Lerch, Early & Brewer, Chtd., Bethesda, MD, for appellee.

---

**14**

Before WILKINS and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Clyde F. Newman III, George W. Parr, and Richard R. Wehrheim appeal the district court's orders denying relief on Counts I and III of their complaints and dismissing Count II without prejudice to their ability to sue in state court for severance pay. Count I of each complaint sought damages for failure to provide reasonable notice of termination. The district court dismissed these claims for reasons stated from the bench. The parties failed to provide a transcript of this proceeding. Because the employment contracts specifically provided that the employees could be terminated without notice, we affirm the denial of relief on Count I. Regarding Counts II and III of the complaints, we have reviewed the parties' briefs, the joint appendix and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Newman v. ARC Icesports & Entm't, Inc.*, Nos. CA–99–484–A, CA–99–485–A, CA–99–486–A (E.D.Va. Jan. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*